# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHASIDY PLUNKARD | : |
| | :    No. 1:18-CV-1536 |
| | : |
| **Plaintiff** | : |
| | :    **JURY TRIAL DEMANDED** |
| v. | : |
| | : |
| CHARLES H. MARKS, D.O. | :    Assigned to: Christopher C. |
| DUANE E. SIPES, M.D., | :    Conner, Chief Judge |
| CAYLA RABER, CRNP, | : |
| WELLSPAN OB/GYN; and | : |
| GREENCASTLE FAMILY | : |
| PRACTICE | : |
| **Defendants** | : |

## PRAECIPE TO FILE STIPULATION

TO THE PROTHONOTARY:

Kindly file of record the attached Stipulation of Counsel.

Respectfully submitted,

CIPRIANI & WERNER, P.C.

Date: October 15, 2018           */s/ Cindy N. Ellis*

**Leigh A.J. Ellis, Esquire**
PA Attorney I.D. No. 53229
**Cindy N. Ellis, Esquire**
PA Attorney I.D. No. 83823
1011 Mumma Road, Suite 201
Lemoyne, PA 17043
P: (717) 975-9600
F: (717) 975-3846
cellis@c-wlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHASIDY PLUNKARD** : | |
| : | No. 1:18-CV-1536 |
| : | |
| **Plaintiff** : | |
| : | **JURY TRIAL DEMANDED** |
| v. : | |
| : | |
| **CHARLES H. MARKS, D.O.** : | **Assigned to: Christopher C.** |
| **DUANE E. SIPES, M.D.,** : | **Conner, Chief Judge** |
| **CAYLA RABER, CRNP,** : | |
| **WELLSPAN OB/GYN; and** : | |
| **GREENCASTLE FAMILY** : | |
| **PRACTICE** : | |
| **Defendants** : | |

### STIPULATION OF COUNSEL

AND NOW come Plaintiff, by and through her counsel, Kline & Specter, P.C., and Duane E. Sipes, M.D., Cayla Raber, CRNP and Greencastle Family Practice, by and through their counsel, Cipriani & Werner, P.C. and hereby stipulate and agree to the following:

1. The within medical professional liability action was initiated by Complaint filed on August 2, 2018.

2. Count V of the Complaint alleged Corporate Negligence as to Greencastle Family Practice.

3. Plaintiff hereby agrees to the dismissal of Count V – Corporate Negligence from the case with prejudice.

4. The stipulation may be executed in counterparts and shall be considered effective and signed by all counsel even those signed on separate signature pages.

5. Counsel certify that they are authorized to execute the stipulation on behalf of their respective clients and that they authorize the filing of non-original facsimile or other copy of the present stipulation.

6. The parties, by their respective counsel, have caused the stipulation to be executed and intend to be legally bound thereby.

Kline & Specter, P.C.
The 19th Floor
1525 Locust Street
Philadelphia, PA 19102

Date: 10/9/18

By: _____
Mark S. Polin, M.D., J.D.
(Counsel for Plaintiffs)

Cipriani & Werner, P.C.
1011 Mumma Road, Suite 201
Lemoyne, PA 17043

Date: 10/15/2018

By: _____
Cindy N. Ellis, Esquire
(Counsel for Duane E. Sipes,
M.D., Cayla Raber, CRNP and
Greencastle Family Practice)

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing were served upon all counsel of record this 15th day of October 2018, by depositing said copy in the United States Mail, postage prepaid, first class delivery, and addressed as follows:

>Shanin Specter, Esquire
>Kline & Specter, P.C.
>The Nineteenth Floor
>1525 Locust Street
>Philadelphia, PA 19102
>*Counsel for Plaintiff*
>
>Collin Keyser, Esquire
>Stephen J. Fleury, Jr., Esquire
>Saxton & Stump, LLC - Lancaster
>280 Granite Run Drive
>Suite 300
>Lancaster, PA 17601
>*Counsel for Charles H. Marks, DO and Wellspan OB/GYN*

CIPRIANI & WERNER, P.C.

By: *Melody S. Ridge*
Melody S. Ridge, Legal Assistant