**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHASIDY PLUNKARD** | : | **No. 1:18-CV-1536** |
| | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **JURY TRIAL DEMANDED** |
| **v.** | : | |
| | : | |
| **CHARLES H. MARKS, D.O.** | : | **Assigned to:  Judge** |
| **DUANE E. SIPES, M.D.,** | : | **Jennifer P. Wilson** |
| **CAYLA RABER, CRNP,** | : | |
| **WELLSPAN OB/GYN; and** | : | |
| **GREENCASTLE FAMILY** | : | |
| **PRACTICE** | : | |
| **Defendants** | : | |

**STIPULATION OF VOLUNTARY DISMISSAL
OF DEFENDANTS, DUANE E. SIPES, M.D., CAYLA RABER, CRNP
and GREENCASTLE FAMILY PRACTICE, NUN PRO TUNC,
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

1.     Plaintiff, by counsel and pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), hereby stipulates that the claims against Defendants,  Duane

E. Sipes, M.D. ["Dr. Sipes"], Cayla Raber, CRNP ["CRNP Raber"] and

Greencastle Family Practice, only, shall be discontinued and ended *with*

*prejudice*, preserving all procedural and substantive rights to proceed in these actions against all remaining defendants.

2.    All of Plaintiff's claims against Defendants, Charles H. Marks, D.O. and Wellspan OB/GYN, are fully preserved and are not limited, reduced, barred, released or impacted in any way by this Stipulation.

3.    The sole purpose of this Stipulation is to discontinue, dismiss, and end all claims against Duane E. Sipes, M.D., Cayla Raber, CRNP and Greencastle Family Practice, only, *with prejudice*, with the same force and effect as though Duane E. Sipes, M.D., Cayla Raber, CRNP and Greencastle Family Practice had never been a party in this action.

4.    Dr. Sipes and CRNP Raber will make themselves available to testify at trial and their appearance shall be coordinated on their behalf by their undersigned counsel below.

5.    This document does not constitute, nor shall it be deemed to constitute, a release of any kind.

6.    The caption shall be amended in a manner consistent with this Stipulation.

7.    This Stipulation may be executed in counterparts and filed with the Court when all counterparts have been fully executed.

Kline & Specter, P.C.
The 19th Floor
1525 Locust Street
Philadelphia, PA 19102

Date: 9/17/20

By: _____
    Mark S. Polin, M.D., J.D.
    (Counsel for Plaintiffs)

Cipriani & Werner, P.C.
1011 Mumma Road, Suite 201
Lemoyne, PA 17043

Date: 9/30/20

By: _____
    Cindy N. Ellis, Esquire
    (Counsel for Duane E. Sipes, M.D.,
    Cayla Raber, CRNP and Greencastle
    Family Practice)

Saxton & Stump, LLC – Lancaster
280 Granite Run, Drive, Suite 300
Lancaster, PA 17601

Date: 9/29/20

By: _____
    Collin Keyser, Esquire
    (Counsel for Charles H. Marks, D.O. and
    Wellspan OB/GYN)

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: CIPRIANI & WERNER, P.C.

Signature: _____

Crystal L. Nemetz, Paralegal to Leigh Ellis, Esquire
and Cindy Ellis, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing were served upon all counsel of record this ___30th___ day of ___September___ 2020, by emailing and depositing said copy in the United States Mail, postage prepaid, first class delivery, and addressed as follows:

Mark S. Polin, M.D., J.D., Esquire
Kline & Specter, P.C.
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
*Counsel for Plaintiff*

Collin Keyser, Esquire
Stephen J. Fleury, Jr., Esquire
Saxton & Stump, LLC - Lancaster
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
*Counsel for Charles H. Marks, DO and Wellspan OB/GYN*

CIPRIANI & WERNER, P.C.

By: _____
Crystal Nemetz, Paralegal for
Leigh A.J. Ellis, Esquire and Cindy N. Ellis, Esquire