# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHASIDY PLUNKARD** | No. 1:18-CV-1536 |
| Plaintiff | JURY TRIAL DEMANDED |
| v. | |
| **CHARLES H. MARKS, D.O.** **DUANE E. SIPES, M.D., CAYLA RABER, CRNP, WELLSPAN OB/GYN; and GREENCASTLE FAMILY PRACTICE** | Assigned to: Judge Jennifer P. Wilson |
| Defendants | |

## ORDER

**AND NOW**, this 1st day of October, 2020, in accordance with the Stipulation of Voluntary Dismissal of Defendants, Duane E. Sipes, M.D., Cayla Raber, CRNP and Greencastle Family Practice, made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**. Defendants, Duane E. Sipes, M.D., Cayla Raber, CRNP and Greencastle Family Practice, are **DISMISSED, WITH PREJUDICE.**

BY THE COURT:

_____
Jennifer P. Wilson
United States District Court Judge
Middle District of Pennsylvania