# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| CHASIDY PLUNKARD <br> *Plaintiff* <br> v. <br> CHARLES H. MARKS, D.O. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:18-CV-1536 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: judgment be entered in favor of Plaintiff Plunkard and against Defendant Marks in the amount of $500,000 for Past NonEconomic Loss, $250,000 for Future NonEconomic Loss, $115,000 for Past Loss of Earnings, and $470,000 for Future Loss of Earnings for a total of $1,335,000 (one million, three hundred thirty five thousand dollars.

This action was *(check one)*:

☑ tried by a jury with Judge Jennifer P. Wilson presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 6/17/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk