IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHASIDY PLUNKARD, | Case No. 1:18-CV-1536-JPW |
| Plaintiff | Judge Jennifer P. Wilson |
| v. | (Electronically Filed) |
| CHARLES H. MARKS, D.O., | |
| Defendant | |

**JOINT MOTION TO ENTER STIPULATION
FOR STAY OF EXECUTION AND
ALL PROCEEDINGS TO ENFORCE JUDGMENT**

Plaintiff Chasidy Plunkard and Defendant Charles Marks, D.O. move this Court to enter the proposed Order and attached Stipulation in lieu of requiring a bond or security under F.R.C.P. 62(b) to stay the judgment entered on June 17, 2021, pending resolution of the Defendant's post-trial motions and any subsequent appeal.

Respectfully submitted,

| | |
|---|---|
| SAXTON & STUMP, LLC | KLINE & SPECTER, P.C. |
| | |
| */s/ Matthew W. Rappleye* | */s/ Kila B. Baldwin* |
| Matthew W. Rappleye, Esq. (PA 81746) | Kila B. Baldwin |
| mwr@saxtonstump.com | Attorney Id. 94430 |
| Collin T. Keyser, Esq. (PA 309086) | 1525 Locust Street, 19th Floor |
| ctk@saxtonstump.com | Philadelphia, PA 19102 |
| 280 Granite Run Drive, Suite 300 | (215) 772-1000 |
| Lancaster, PA 17601 | *Attorneys for Plaintiff* |
| 717-556-1000 (phone) | |
| 717-441-3810 (fax) | |
| *Attorneys for Defendant* | |

## CERTIFICATE OF SERVICE

 I certify that on this date, I electronically filed the foregoing Joint Motion to Enter Stipulation for Stay of Execution and All Proceedings to Enforce Judgment the following counsel of record, which is available for viewing and downloading on the Court's ECF Notification System.

            SAXTON & STUMP, LLC

Date: July 16, 2021      */s/ Matthew W. Rappleye*
              Matthew W. Rappleye, Esq. (PA 81746)
              mwr@saxtonstump.com
              Collin T. Keyser, Esq. (PA 309086)
              ctk@saxtonstump.com
              280 Granite Run Drive, Suite 300
              Lancaster, PA 17601
              717-556-1000 (phone)
              717-441-3810 (fax)
              *Attorneys for Defendant Charles H. Marks, D.O.*