# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHASIDY PLUNKARD, | : |
| | : CIVIL ACTION No. 1:18-cv-1536- |
| Plaintiff, | : JPW |
| v. | : |
| | : |
| CHARLES H. MARKS, D.O., | : JUDGE JENNIFER P. WILSON |
| | : |
| Defendant. | : (Electronically Filed) |
| | : |
| | : Jury Trial Demanded |

## NOTICE OF APPEAL

Notice is hereby given that Charles H. Marks, D.O., Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from: (1) the June 17, 2021 entry of judgment in favor of Plaintiff Chasidy Plunkard (Doc. 116) and (2) the December 13, 2021 Order denying Defendant's motion for a new trial (Doc. 139).

Dated:  January 7, 2022          SAXTON & STUMP, LLC

                                 By:  */s/ Matthew W. Rappleye*
                                     Matthew W. Rappleye, Esquire
                                     Attorney ID #81746
                                     mwr@saxtonstump.com
                                     100 Deerfield Lane, Suite #240
                                     Malvern, PA  19355
                                     Telephone:  (484) 328-8500
                                     Facsimile:  (484) 713-5241

                                 *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused a true and correct copy of the foregoing Notice of Appeal to be electronically filed with the Clerk of Court using the CM/ECF system and served by automatic service through the Middle District ECF system on the following counsel of record:

Shanin Specter, Esquire
Charles L. Becker, Esquire
Kila B. Baldwin, Esquire
Mark Polin, Esquire
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
*Counsel for Plaintiff*

Dated: January 7, 2022               By: */s/ Matthew W. Rappleye*
                                        Matthew W. Rappleye, Esquire