# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1064

Chasidy Plunkard v. Charles Marks

(U.S. District Court No.: 1-18-cv-01536)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    April 26, 2022
SLC/cc:   Charles L. Becker, Esq.
Ruxandra M. Laidacker, Esq.
Matthew W. Rappleye, Esq.
Jennifer S. Snyder, Esq.
Mr. Peter J. Welsh,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate